Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

MERCHANTS LOAN AND INVESTMENT CORPORATION, Appel-
lant, *v.* WILLIAM ABRAMSON et al., Respondents,
Impleaded with Others.

*Corporations — officers and directors — right to office question of law
to be determined in action of quo warranto and not by action in equity
for injunction.*

*Merchants Loan & Investment Corp.* v. *Abramson,* 214 App. Div.
252, affirmed.

· (Submitted March 31, 1926; decided May 4, 1926.)

APPEAL from a judgment, entered November 2, 1925,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, which reversed a
judgment in favor of plaintiff entered upon an order of
Special Term granting a motion by plaintiff for judgment
on the pleadings, denied said motion and directed a
dismissal of the complaint.   The question involved was
as to which of two sets of officers and directors of a
corporation were lawfully elected and entitled to office.
The Appellate Division held that an action in equity
to enjoin one set of officers and directors from functioning
would not lie, the rights to the offices being legal and
to be determined by an action at law in the nature of
quo warranto.

*Reuben Brown* for appellant.

*Reuben Dorfman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.